**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

ROBERT NORSE,
                    *Plaintiff-Appellant,*

v.

CITY OF SANTA CRUZ; CHRISTOPHER
KROHN, individually and in his
official capacity as Mayor of the
City of Santa Cruz; TIM
FITZMAURICE; KEITH A. SUGAR;
EMILY REILLY; ED PORTER; SCOTT
KENNEDY; MARK PRIMACK,
individually and in their official
capacities as Members of the
Santa Cruz City Council; LORAN
BAKER, individually and in his
official capacity as Sergeant of the
Santa Cruz Police Department;
STEVEN CLARK,
                    *Defendants-Appellees.*

No. 07-15814

D.C. No.
CV-02-01479-RMW

ORDER

Filed March 12, 2010

---

## ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.